UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**TRENTON ROGERS GARMON,**
Plaintiff,

v.

**GOOGLE LLC,** *et al.***,**
Defendants.

Case No. 4:23-cv-1525-CLM

## ORDER

Pro se Plaintiff Trenton Rogers Garmon ("Garmon") brings this action on behalf of himself and four of his minor children, S.G., J.G., J.G, S.G. ("Garmon Minors"), against Defendants Google LLC and Alphabet Inc. alleging defamation and defamation per quod (Count I); intentional infliction of emotional distress (Count II); and negligence and negligent algorithm coding (Count III). Garmon requests injunctive relief. (*See* Doc. 1-1).

Any claims asserted on behalf of the Garmon Minors necessarily fail. While individuals have the right to proceed pro se, *see* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."), and Federal Rule of Civil Procedure 17 authorizes a conservator or guardian to sue on behalf of a minor child, FED. R. CIV. P. 17(c), a non-lawyer parent has no right to represent a child in an action in the child's name. *See, e.g., Whitehurst v. Wal-Mart*, 306 Fed. App'x 446, 449 (11th Cir. 2008) (holding that neither 28 U.S.C. § 1654 nor FED. R. CIV. P. 17(c) permits a parent to represent his/her child in federal court.); *Cheung v. Youth Orchestra Foundation of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990) (non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child); *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) ("We hold that under FED. R. CIV. P. 17(c) and 28 U.S.C. § 1654, a minor child cannot bring suit through a parent acting as next friend if the parent is not represented by an attorney.").

Accordingly, the court **DISMISSES WITH PREJUDICE** Garmon's claims on behalf of four of his minor children. The court **DIRECTS** the Clerk of Court to terminate the Garmon Minors (S.G., J.G., J.G, S.G.) as Plaintiffs in this case. Garmon's claims against Google LLC and Alphabet Inc. remain before the court.

**Done** and **Ordered** on December 12, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE