UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**TRENTON ROGERS GARMON,**
Plaintiff,

v.

**GOOGLE LLC,** *et al.*,
Defendants.

Case No. 4:23-cv-1525-CLM

# ORDER

  Pro se Plaintiff Trenton Rogers Garmon ("Garmon") has filed numerous orders electronically against court rules. *See* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, CM/ECF ADMINISTRATIVE PROCEDURES (2021) [hereinafter *Manual*]. The *Manual*'s Section I.E(1) states that "[p]arties proceeding pro se shall not file electronically." *Id.* at § I.E(1). Further, the court instructs "[p]ro se litigants shall file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents which must be signed or which require either verification or an unsworn declaration under any rule or statute. The Clerk's office will scan and file the document electronically and retain the paper original." *Id.* at § III.B. Accordingly, pro se litigants must mail or hand deliver filings to the Clerk's office in Birmingham or Huntsville:

### Birmingham

Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

### Huntsville

United States District Court
101 Holmes Avenue
Huntsville, AL 35801

While pro se litigants can receive electronic notice via the Case Management/Electronic Case Files ("CM/ECF") system, the federal Judiciary's system that allows case documents to be filed with the court online, they must provide paper copies of submissions to the Clerk's office. *See id.* at § II.E(2). The Clerk's office will fax or mail filings entered electronically to a pro se litigant at his or her address of record if he or she is not a registered participant of the CM/ECF system. *Id.* If a pro se party is registered in the CM/ECF system, the party will receive notifications of electronic filings through the CM/ECF system. *See id.*

The court accordingly **STRIKES** Garmon's electronically submitted filings. (Doc. 6; Doc. 7; Doc. 8; Doc. 9; Doc. 10; Doc. 11; Doc. 12; Doc. 14). Garmon may re-file documents in accordance with court policy. *See Manual* at § III.B. In his re-filed documents, Garmon should refrain from including, or must redact where inclusion is necessary, all Social Security numbers, names of minor children, dates of birth and financial account numbers. Garmon's deadline to respond to Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss Garmon's Complaint, (doc. 3)—originally Friday, December 8, 2023—is now on or before **Friday, December 22, 2023**. (*See* Doc. 5).

Although Garmon may not file electronically, the court would like to remind Garmon of the E-Government Act of 2002 ("Act"). *See* 44 U.S.C. § 101. Pursuant to the Act, e-filers are required to redact the five personal data identifiers from electronically filed documents, including names of minor children, unless otherwise ordered by the court. *See id.* To address the privacy concerns created by Internet access, you should not include certain types of sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. *See Manual* at II.A(13). Garmon should remember that any personal information not otherwise protected will be made available over the Internet via CM/ECF. *Id.*

**Done** and **Ordered** on December 12, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE