FILED
2023 Dec-13 AM 08:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **TRENTON ROGERS GARMON,** Plaintiff, <br><br> v. <br><br> **GOOGLE LLC, *et al.*,** Defendants. | Case No. 4:23-cv-1525-CLM |

## ORDER

The court **ADOPTS** the following briefing schedule on Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss Plaintiff Trenton Rogers Garmon ("Garmon")'s Complaint, (doc. 3):

| Filing | Format | Deadline |
|---|---|---|
| Garmon's Response Brief | 25 pages (double-spaced and size-14 font) | *on or before* **Friday, December 22, 2023** |
| Defendants' Reply Brief, if any | 10 pages (double-spaced and size-14 font) | *on or before* **Friday, January 5, 2024** |

This Order supersedes any prior orders and governs the briefing regarding Defendants' Motion to Dismiss, (doc. 3), unless modified for good cause.

**Done** and **Ordered** on December 12, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE