# IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
## IN AND FOR THE SIXTEENTH JUDICIAL CIRCUIT

| | | |
|---|---|---|
| Trenton Rogers Garmon, | * | |
| Trentongarmon.ai, | * | |
| Plaintiff & Affiant, | * | |
| | * | |
| V. | * | Case Numbers: |
| | * | 4:23-cv-01525-CLM |
| Google LLC & Alphabet Inc. | * | |
| doing business as "Google", | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS FAC

Comes now the Plaintiffs and do file this Response to Defendant's Motion to Dismiss First Amended Complaint. The Plaintiffs are entitled to legal relief following discovery and a jury trial. Truth and Law constitutional law should prevail, albeit damages are at issue. The law is clear and the Defendant's motion should be denied. The Plaintiffs assert the Motion to Dismiss is due be denied. The Defendants are not entitled to a dismissal by law, have confalated the claims in order to improperly argue defensive elements and are premature in their Motion to Dismiss given discovery has not been conducted. The Defendants fail to recognize and properly describe the dynamics of their Platform's services to the Court despite the Pleading making the various services clear, hiding the underlying malicious and tortious factors coded into the algorithm.

Plaintiffs respond and move for this Honorable Court to deny the Motion to Dismiss. Respectfully submitted this the 23rd day of January 2024.

*s/ Trenton Garmon*
TRENTON GARMON

**CERTIFICATE OF SERVICE:** I hereby certified that a copy of the foregoing and all filings have been served upon the Defendants by electronic mail and U.S. Mail postage prepaid this the date of filing.

**James P. Pewitt, Esquire**
James P. Pewitt LLC
2 20th Street North, Suite 925
Birmingham, Alabama 35203
Telephone: 205-874-6686
jim@jamespewitt.com

**Eric P. Schroeder, Esquire**
Bryan Cave Leighton Paisner LLP
1201 West Peachtree Street, NW
One Atlantic Center, 14th Floor
Telephone: 404-572-6600
Facsimile: 404-572-6999
eric.schroeder@bclplaw.com

*s/ Trenton Garmon*
TRENTON GARMON

Case 4:23-cv-01525-CLM  Document 28  Filed 01/29/24  Page 3 of 3

Return address: Sulsta, AL 35901

United States District Clerk
1729 5th Ave. N, #140
Birmingham, AL 35203






